IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELODIE WALKER | * | |
| | * | |
| PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO. _____ |
| | * | |
| PORTFOLIO RECOVERY | * | COMPLAINT AND |
| ASSOCIATES, LLC | * | DEMAND FOR A JURY TRIAL |
| DEFENDANT | * | |

## COMPLAINT

I. Introduction

1.  This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2.  Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3.  Plaintiff, Melodie Walker ("plaintiff" or "Ms. Walker"), is a natural person who resides in East Baton Rouge Parish and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4.  Defendant, Portfolio Recovery Associates, LLC (hereinafter referred to as "defendant" or "PRA") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Delaware is National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904.  Defendant, at all times relevant hereto, regularly

attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. On or about June 12, 2009, defendant's employee spoke with Ms. Walker about a debt allegedly owed on a credit card originated by Capital One Bank,.

6. This alleged debt arose from use of a credit card which was used primarily for personal, family or household purposes.

7. Defendant allegedly acquired this alleged debt on April 2009, after it had gone into default in 2002.

8. The last payment on this alleged debt occurred in August 2002.

9. During this conversation, defendant explained that although this account would be reported by Capital One Bank until 2010 by consumer reporting agencies, after that, it would continue to be reported by collection agencies each time Ms. Walker attempted to buy anything.

10. Defendant also told Ms. Walker that 75% of her wages could be garnished for this alleged debt, up to 30 times minimum wage.

11. At the time these statements were made, this account was prescribed or time barred since 2005.

12. This account would not be reported by any consumer reporting agency once the seven year period after the 180 days from the last payment date expired, meaning it would not be reported after February 2010, at the latest.

### **DEFENDANT'S PRACTICES**

13. Defendant violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(5), and 1692e(10).

14. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress,, for which she should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against Portfolio Recovery Associates, LLC for:

    a. Additional damages;

    b. Actual damages;

    c. Attorney fees, litigation expenses and costs; and

    d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com