## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MELODIE WALKER | * |
| | * |
| PLAINTIFF | * |
| VS. | *   CIVIL ACTION NO. 10-400-BAJ-SCR |
| | * |
| PORTFOLIO RECOVERY | * |
| ASSOCIATES, LLC | * |
| DEFENDANT | * |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)

NOW INTO COURT, through undersigned counsel, comes Melodie Walker, plaintiff herein, who dismisses this action pursuant to Rule 41(a)(1)(i), with prejudice.

    s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number: 20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com